**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHEA REBECCA BROWN,

        Plaintiff,

                              Case No. 3:13-cv-915-J-34MCR

vs.

RUDOLPH DAVIS, individually, et al.,

        Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 109; Report), entered on October 23, 2017, recommending that Defendants City of Lake City and Carlton Tunsil's Renewed Motion to Tax Costs (Doc. 105; Motion) be granted and the Renewed Bill of Costs (Doc. 106; Bill of Costs) be taxed. See Report at 1-2, 7. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 109) is **ADOPTED** as the opinion of the Court.

2. Defendants City of Lake City and Carlton Tunsil's Renewed Motion to Tax Costs (Doc. 105) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to tax the Renewed Bill of Costs (Doc. 106) and enter a judgment in favor of Defendants, Carlton Tunsil and the City of Lake City, Florida, and against Plaintiff Shea Rebecca Brown, for costs in the amount of $2,508.79, plus post-judgment interest for the period November 25, 2015 through May 18, 2017 in the amount of $41.49, and continuing interest until the cost judgment is satisfied.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of November, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record